UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

EDGAR RODRIGUEZ, and RAMIRO MOROCHO, on behalf of themselves and all others similarly situated,

                Plaintiffs,

**21 Civ. 1254 (AT)(BCM)**

-against-

**CONSENT TO BE A PARTY PLAINTIFF**

DELTA GENERAL CONTRACTING & MANAGEMENT, CORP., SHAHID MAHMOOD, and SAJID MAHMOOD WARRAICH,

                Defendants.
------------------------------------------------------------------------X

    I consent to be a Plaintiff in the lawsuit against Delta General Contracting & Management, Corp., Shadhid Mahmood and Sajid Mahmood, in order to seek redress for violations of the Fair Labor Standards Act and the New York Labor Law.

    By signing and returning this consent form, I designate Pechman Law Group PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement of this action.

    Por medio de la presente doy mi consentimiento para ser un demandante en contra de Delta General Contracting & Management, Corp., Shadhid Mahmood, and Sajid Mahmood para obtener reparo por violaciones de la Ley de Normas Razonables de Trabajo y la ley Laboral de Nueva York.

    Al firmar y devolver este formulario de consentimiento, designo a Pechman Law Group PLLC para que me represente y tome decisiones en mi nombre en relación con el litigio y la resolución de esta materia.

Date/Fecha:   10 / 05 / 2021

           Signature/Firma: _____

           Name/Nombre:    Fabio Salazar

Doc ID: 5f012ffeecdbc5ac33587a5d3f681a1b6d015d6d



# Audit Trail

| | |
|---|---|
| **TITLE** | Hello |
| **FILE NAME** | 1633455214-Delta_...aintiff_Final.pdf |
| **DOCUMENT ID** | 5f012ffeecdbc5ac33587a5d3f681a1b6d015d6d |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

This document was requested on pechmanlaw.cliogrow.com and signed on pechmanlaw.cliogrow.com

## Document History

**SENT**  10 / 05 / 2021  17:34:05 UTC  
Sent for signature to Fabio Salazar (fabiosalazar870@gmail.com) from albert@pechmanlaw.com  
IP: 24.103.226.2

**VIEWED**  10 / 05 / 2021  17:36:24 UTC  
Viewed by Fabio Salazar (fabiosalazar870@gmail.com)  
IP: 24.103.226.2

**SIGNED**  10 / 05 / 2021  20:38:52 UTC  
Signed by Fabio Salazar (fabiosalazar870@gmail.com)  
IP: 108.6.253.151

**COMPLETED**  10 / 05 / 2021  20:38:52 UTC  
The document has been completed.

Powered by HELLOSIGN