*Rodriguez v. Delta Gen. Contracting & Mgmt. Corp.*
No. 21 Civ. 01254 (BCM)

# EXHIBIT 2
# BILLING RECORDS & EXPENSES

JOINT LETTER-MOTION FOR
SETTLEMENT APPROVAL

 **PM Legal**

**INVOICE**

TAX ID # 13-3970350

| | |
|---|---|
| Invoice Number: | 10303978 |
| Account: | PPLLC |
| Invoice Date: | 4/13/2021 |
| **Invoice Total:** | **$156.00** |

PM Legal, LLC
75 Maiden Lane, 11th Floor
New York, NY 10038
(212) 233-4040
(212) 732-4327 (fax)
info@pmlegal.com

GIANFRANCO J. CUADRA
PECHMAN LAW GROUP, PLLC
488 MADISON AVENUE, 17TH FLOOR
NEW YORK,NY 10022

Route: 70

File # :
Index # :  1:21-cv-01254-AT
OTHER

Your contact:

EDGAR RODRIGUEZ, ETANO v. DELTA GENERAL CONTRACTING & MANAGEMENT, CORP., ETAL

| Job # | | Servee | Line item detail | Fee Prepaid | Fee | Charge | Job Total |
|---|---|---|---|---|---|---|---|
| 4485215 | 4/6/21 | DELTA GENERAL CONTRACTING & MANAGEMENT, CORP. | | | | | $64.00 |
| | | *SUMMONS, COLLECTIVE AND CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED AND JUDGES RULES* | | | | | |
| | | | CHARGE - Service in Bronx | | | 64.00 | |
| | | | | | **Total Due:** | | **$64.00** |

File # :
Index # :  1:21-cv-01254-AT

Your contact:

U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

EDGAR RODRIGUEZ, ETANO v. DELTA GENERAL CONTRACTING & MANAGEMENT, CORP., ETAL

| Job # | | Servee | Line item detail | Fee Prepaid | Fee | Charge | Job Total |
|---|---|---|---|---|---|---|---|
| 4485223 | 4/6/21 | SHAHID MAHMOOD | | | | | $52.00 |
| | | *SUMMONS, COLLECTIVE AND CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED AND JUDGES RULES* | | | | | |
| | | | CHARGE - Service in Bronx | | | 52.00 | |
| 4485231 | 4/6/21 | SAJID MAHMOOD WARRAICH | | | | | $40.00 |
| | | *SUMMONS, COLLECTIVE AND CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED AND JUDGES RULES* | | | | | |
| | | | CHARGE - Service in Bronx | | | 40.00 | |
| | | | | | **Total Due:** | | **$92.00** |

# PM Legal

**REMITTANCE ADVICE**

PM Legal, LLC
75 Maiden Lane, 11th Floor
New York, NY 10038
(212) 233-4040
(212) 732-4327 (fax)
info@pmlegal.com

---

Please make checks payable to PM Legal, LLC and remit payment to the address below.

| | |
|---|---|
| Invoice Number: | 10303978 |
| Account:  : | PPLLC |
| Invoice Date: | 4/13/2021 |
| **Invoice Total:** | **$156.00** |

PM Legal, LLC
75 Maiden Lane, 11th Floor
New York, NY 10038

**Amount Remitted :** [                    ]

Please enclose this sheet along with your payment.  Thank you very much for your business.

# PECHMAN LAW GROUP PLLC
## ATTORNEYS AT LAW

488 Madison Avenue, Suite 1704
New York, New York 10022
Phone: (212) 583-9500
www.pechmanlaw.com

# INVOICE

Invoice # 177
Date: 02/23/2022

Edgar Rodriguez
6248 60th Rd, 1FL
Maspeth, NY 11378

## Delta General Contracting Corp.

### Services

| Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| MA | 12/11/2020 | Consult with Edgar Rodriguez from Delta General Contracting. | 1.10 | $125.00 | $137.50 |
| GC | 01/22/2021 | Consult (GC for part of it only) with Morocho and Albert re: claims, how damages would be calculated, potential class action (and facts supporting it), documents/evidence in Morocho's possession, Morocho's concerns about a potential case and how it | 0.70 | $500.00 | $350.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | may affect him for future employment, hours worked and pay received by him and other employees, and Morocho's work duties performed. | | | |
| GC | 01/22/2021 | Review and revise retainer agreements and send them to Albert. | 0.30 | $500.00 | $150.00 |
| MA | 01/28/2021 | Draft complaint and email it to Pechman and Cuadra for review. | 2.50 | $125.00 | $312.50 |
| GC | 01/29/2021 | Research corporate entity owning Delta Contracting in connection with reviewing and revising draft complaint. | 0.30 | $500.00 | $150.00 |
| GC | 01/29/2021 | Review and revise draft complaint. | 0.60 | $500.00 | $300.00 |
| MA | 02/01/2021 | Review complaint with Rodriguez. | 0.70 | $125.00 | $87.50 |
| MA | 02/01/2021 | Review complaint facts and retainer with Morocho. | 0.40 | $125.00 | $50.00 |
| MA | 02/01/2021 | Further revise complaint based on information from clients and email it to Pechman and Cuadra. | 0.70 | $125.00 | $87.50 |
| MA | 02/03/2021 | Prepared Consent to Sue. | 0.20 | $125.00 | $25.00 |
| GC | 02/08/2021 | Review, revise, and comment on complaint and consent to sue form, then send back both to Albert for review with clients. | 0.60 | $500.00 | $300.00 |
| MA | 02/09/2021 | TC with Ramiro Morocho to | 0.30 | $125.00 | $37.50 |

| | | review facts in complaint and asked to sign consent to sue form. | | | |
|---|---|---|---|---|---|
| MA | 02/09/2021 | Prepared consent to sue form for Edgar Rodriguez. | 0.30 | $125.00 | $37.50 |
| MA | 02/09/2021 | TC with Edgar Rodriguez to review facts on complaint and ask him to sign consent to sue form. | 0.30 | $125.00 | $37.50 |
| MA | 02/11/2021 | Prepare civil coversheet, summons, and complaint to be filed on ECF. | 1.00 | $125.00 | $125.00 |
| GC | 02/11/2021 | Review civil cover sheet and summonses for filing (drafted by Albert). | 0.20 | $500.00 | $100.00 |
| GC | 03/05/2021 | Draft and send waiver of service forms and cover letters enclosing them and complaint to defendants. | 0.30 | $500.00 | $150.00 |
| GC | 04/06/2021 | Call with Lanza, potential defense counsel, re: being retained, potentially accepting service, and some of case facts. | 0.20 | $500.00 | $100.00 |
| GC | 04/21/2021 | Review and revise stipulation extending time for defendants to answer and send it back to defense counsel. | 0.20 | $500.00 | $100.00 |
| GC | 05/06/2021 | Initial review of Answer. | 0.20 | $500.00 | $100.00 |
| GC | 05/26/2021 | Email defense counsel re: need to talk about discovery before mediation, possibly | 0.10 | $500.00 | $50.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | postponing mediation (because need class discovery), and Rule 26 conference. | | | |
| GC | 06/02/2021 | Call with defense counsel, Lanza, re: potential settlement, upcoming mediation, documents needed to be produced, how case can proceed, and initial conference. | 0.10 | $500.00 | $50.00 |
| GC | 06/04/2021 | Draft joint pretrial letter and proposed case management plan, then send both to defense counsel for review. | 0.70 | $500.00 | $350.00 |
| LP | 06/04/2021 | Discussion with Cuadra re: discovery. | 0.10 | $600.00 | $60.00 |
| GC | 06/04/2021 | Discussion with Pechman re: discovery needed for class settlement (or certification), recent discussion with defense counsel, and proceeding to mediation. | 0.10 | $500.00 | $50.00 |
| LP | 06/04/2021 | Review letter to Judge Torres re: initial conference. | 0.10 | $600.00 | $60.00 |
| GC | 06/07/2021 | Finalize and file and submit (via email to Chambers) proposed Case Management Plan and joint letter to court. | 0.40 | $500.00 | $200.00 |
| GC | 06/07/2021 | Emails with mediator re: rescheduling of mediation to last week of August or first week of September, per Court's Order (ECF No. 24). | 0.10 | $500.00 | $50.00 |

| GC | 06/07/2021 | Review dates and other matters in Court's Case Management Plan (including to see when mediation can take place in preparation for emailing mediator and when discovery requests should go out to defense counsel to have enough time to prepare for mediation and comply with Order). | 0.10 | $500.00 | $50.00 |
| GC | 06/11/2021 | Draft document requests on a class-wide basis. | 1.30 | $500.00 | $650.00 |
| GC | 06/11/2021 | Draft Plaintiffs' Rule 26 initial disclosures. | 0.40 | $500.00 | $200.00 |
| GC | 06/11/2021 | Draft interrogatories. | 0.60 | $500.00 | $300.00 |
| MA | 06/11/2021 | Add information obtained from clients re: individuals with discoverable information to initial disclosure doc and bate stamp documents received from clients. | 0.60 | $125.00 | $75.00 |
| MA | 06/11/2021 | Call with Rodriguez to discuss initial disclosures and obtain information about individuals with discoverable information. | 0.30 | $125.00 | $37.50 |
| MA | 06/11/2021 | Call with Morocho to discuss initial disclosures and obtain information about individuals with discoverable information. | 0.20 | $125.00 | $25.00 |
| GC | 06/11/2021 | Finalize and serve defense counsel with initial | 0.40 | $500.00 | $200.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | disclosures, initial production, document requests, and interrogatories. | | | |
| GC | 06/14/2021 | Review mediation schedule, dates, and position statement requirements. | 0.10 | $500.00 | $50.00 |
| GC | 06/14/2021 | Review defendants' initial disclosures. | 0.10 | $500.00 | $50.00 |
| GC | 07/14/2021 | Email defense counsel re: class information that needs to be produced to have a productive mediation. | 0.10 | $500.00 | $50.00 |
| GC | 07/27/2021 | Email defense counsel re: potential settlement and outstanding discovery. | 0.20 | $500.00 | $100.00 |
| GC | 07/30/2021 | Email defense counsel re: status of production, will have to contact court if we do not get discovery responses and documents. | 0.20 | $500.00 | $100.00 |
| GC | 08/09/2021 | Email defense counsel re: need documents to calculate damages, will need to proceed to litigation on merits if we cannot do mediation (given lack of records). | 0.10 | $500.00 | $50.00 |
| GC | 08/18/2021 | Email defense counsel re: mediation is scheduled for early September and we still do not have the required information on a class wide basis. | 0.10 | $500.00 | $50.00 |
| GC | 09/07/2021 | Email defense counsel re: | 0.10 | $500.00 | $50.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | status of production for potential resolution. | | | |
| GC | 09/09/2021 | Review initial production, complaint, and answer in preparation for mediation. | 0.30 | $500.00 | $150.00 |
| GC | 09/09/2021 | Discussion with Pechman re: facts of case, lack of productions, facts denied in Answer, and potential damages in preparation for upcoming mediation. | 0.20 | $500.00 | $100.00 |
| GC | 09/09/2021 | Call with Rodriguez re: mediation today, what will happen, and documents that need to be produced. | 0.10 | $500.00 | $50.00 |
| GC | 09/09/2021 | Attend mediation with defense counsel, Pechman, and mediator. | 1.60 | $500.00 | $800.00 |
| GC | 09/09/2021 | Email clients re: status of case, information obtained in mediation, mediation scheduled for October 22 and October 26. | 0.10 | $500.00 | $50.00 |
| MA | 09/09/2021 | Call with Edgar Rodriguez to obtain information regarding google maps. | 0.20 | $125.00 | $25.00 |
| MA | 09/09/2021 | Call with Javier Ramiro to obtain google maps login information, client has no location history. | 0.20 | $125.00 | $25.00 |
| LP | 09/09/2021 | Prep for and attend mediation with Evan Spelfogel. | 3.00 | $600.00 | $1,800.00 |

| | | | | | |
|---|---|---|---|---|---|
| LP | 09/09/2021 | Discuss case facts with Cuadra for upcoming mediation. | 0.20 | $600.00 | $120.00 |
| GC | 09/10/2021 | Email defense counsel re: discovery deadline issues, information discussed at mediation, need to send a letter requesting extension of discovery deadline (as agreed in mediation). | 0.10 | $500.00 | $50.00 |
| GC | 09/10/2021 | Review and revise letter to Court re: 60-day extension of deadlines in case management plan pending mediation. | 0.10 | $500.00 | $50.00 |
| GC | 09/13/2021 | Call with defense counsel re: need to complete all outstanding discovery by no later than October 1. | 0.30 | $500.00 | $150.00 |
| MA | 09/14/2021 | Call with Edgar Rodriguez to begin reviewing google maps data, specifically inquiring about work addresses in 2019 and 2020. | 0.50 | $175.00 | $87.50 |
| MA | 09/15/2021 | Review Edgar Rodriguez's Google Maps account history for all days in 2016 to determine how many hours, on average, he worked at Delta General, which days he worked, which days he did not work, and obtain sample workweeks to send to defense counsel. | 0.90 | $175.00 | $157.50 |
| GC | 09/17/2021 | Call with defense counsel re: | 0.10 | $500.00 | $50.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | documents may be delayed until Monday, but he understands we will contact the Court if we do not have the records by Tuesday morning. | | | |
| MA | 09/17/2021 | Continue to review and analyze E. Rodriguez's google maps data from 2018-2019 of all hours worked per workday based on Google Maps tracking information. | 2.20 | $175.00 | $385.00 |
| GC | 09/20/2021 | Email defense counsel and mediator re: need records produced or we must contact the court. | 0.10 | $500.00 | $50.00 |
| MA | 09/20/2021 | Call with Edgar Rodriguez to reschedule deposition preparation date. | 0.10 | $175.00 | $17.50 |
| MA | 09/21/2021 | Continue to review and analyze E. Rodriguez's google maps data from 2019- 2020 of all hours worked per workday based on Google Maps tracking information. | 1.60 | $175.00 | $280.00 |
| GC | 09/21/2021 | Draft joint letter to court re: discovery deficiencies, parties' communications to date, and plaintiffs' request for a short extension of the discovery deadline. | 1.30 | $500.00 | $650.00 |
| MA | 09/21/2021 | Email client with PDFs of google maps data and schedule call to review and | 0.20 | $175.00 | $35.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | confirm hours worked and work addresses. | | | |
| MA | 09/21/2021 | Review and proofread letter to court regarding discovery deficiencies. | 0.30 | $175.00 | $52.50 |
| MA | 09/21/2021 | Call with Edgar Rodriguez to review PDFs of google maps data and confirm worksites and hours worked per google maps data. | 1.00 | $175.00 | $175.00 |
| MA | 09/21/2021 | Continue to review E. Rodriguez's google maps data, specifically looking for Sundays in which he worked based on photos received from client. | 0.70 | $175.00 | $122.50 |
| GC | 09/22/2021 | Review and revise joint letter to court about discovery deficiencies following receipt of edits from defense counsel. | 0.20 | $500.00 | $100.00 |
| GC | 09/22/2021 | Email mediator re: cannot proceed to mediation yet and informing mediator of recent filing about discovery deficiencies. | 0.10 | $500.00 | $50.00 |
| MA | 09/22/2021 | Prepare questions for plaintiff's upcoming deposition, regarding their hours worked, duties, and compensation. | 0.60 | $175.00 | $105.00 |
| GC | 09/22/2021 | Meeting with Albert and both clients to prepare for depositions, review of all documents in case, review of | 2.30 | $500.00 | $1,150.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | allegations, and review of class action facts (Cuadra present for part of meeting). | | | |
| MA | 09/22/2021 | Meeting with Cuadra (for part of meeting), E. Rodriguez, and R. Morocho to prepare for depositions and review all documents in case. | 2.70 | $175.00 | $472.50 |
| MA | 09/29/2021 | Send message to E. Rodriguez and J. Morocho about depositions being cancelled until further notice. | 0.10 | $175.00 | $17.50 |
| MA | 09/30/2021 | Attempt to call back additional delta contracting client. Send text message to E. Rodriguez and J. Morocho to follow up with potential opt-in employee. | 0.10 | $175.00 | $17.50 |
| MA | 10/04/2021 | Consult with Fabio Salazar, discussed hours worked, wages, duties, requested any proof/ evidence of employment with defendants and discussed process of becoming opt-in plaintiff. | 0.50 | $175.00 | $87.50 |
| MA | 10/05/2021 | File Fabio Salazar's consent to sue form on ECF. | 0.10 | $175.00 | $17.50 |
| MA | 10/05/2021 | Resend consent to sue form to Fabio Salazar, new form includes case number and updated date. | 0.10 | $175.00 | $17.50 |
| GC | 10/05/2021 | Draft cover letter to defendants informing them | 0.20 | $500.00 | $100.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | of their discovery obligations and that failure to comply with them can result in default judgment against them. | | | |
| MA | 10/05/2021 | Prepare discovery requests and interrogatories for mailing. | 0.20 | $175.00 | $35.00 |
| GC | 10/07/2021 | Email mediator, Spelfogel, re: cannot proceed with mediation in light of potential default and no new counsel. | 0.10 | $500.00 | $50.00 |
| MA | 10/07/2021 | Refile Fabio Salazar's updated consent to sue form. | 0.10 | $175.00 | $17.50 |
| GC | 10/18/2021 | Draft and file letter to court re: permission to file default. | 0.40 | $500.00 | $200.00 |
| GC | 11/12/2021 | Call with Turck, new defense counsel, re: potential resolution of case, need to extend discovery deadline, and asking the court to extend the discovery deadline. | 0.20 | $500.00 | $100.00 |
| GC | 11/12/2021 | Review and revise joint letter-motion requesting extension of discovery deadline and send it back to defense counsel. | 0.10 | $500.00 | $50.00 |
| MA | 11/15/2021 | Call with Edgar Rodriguez regarding owner calling him to reach an agreement, share details with Cuadra. | 0.10 | $175.00 | $17.50 |
| MA | 11/15/2021 | Call with Ramiro Morocho | 0.10 | $175.00 | $17.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | regarding owner calling him to reach an agreement, share details with Cuadra. | | | |
| MA | 11/17/2021 | Call with Fabio Salazar to discuss updates on the case. | 0.10 | $175.00 | $17.50 |
| MA | 11/19/2021 | Call clients to inform them of the new mediation date. | 0.10 | $175.00 | $17.50 |
| GC | 12/22/2021 | Email Turck, defense counsel, re: need production of documents and discovery responses ahead of mediation. | 0.10 | $500.00 | $50.00 |
| GC | 01/03/2022 | Email defense counsel re: production of documents needed before mediation. | 0.10 | $500.00 | $50.00 |
| GC | 01/03/2022 | Initial review of discovery requests received from defense counsel. | 0.30 | $500.00 | $150.00 |
| MA | 01/04/2022 | Begin drafting the responses to Defendant's document requests. | 0.60 | $225.00 | $135.00 |
| MA | 01/07/2022 | Review Rodriguez's google maps data saved on box, compare with Def's production for hours worked, compile information on excel sheet. | 2.70 | $225.00 | $607.50 |
| MA | 01/10/2022 | Send reminder message to client regarding settlement conference on Whatsapp. | 0.10 | $225.00 | $22.50 |
| GC | 01/11/2022 | Review Court's order in preparation for drafting settlement position | 0.10 | $500.00 | $50.00 |

| | | statement. | | | |
|---|---|---|---|---|---|
| GC | 01/11/2022 | Review damages calculations to date in preparation for drafting of settlement position statement. | 0.30 | $500.00 | $150.00 |
| MA | 01/11/2022 | Begin drafting damages for Edgar Rodriguez based on clients recollection. | 0.40 | $225.00 | $90.00 |
| MA | 01/11/2022 | Finished drafting E. Rodriguez's damages, with averages from Google Maps data, and draft damages for R. Morocho and F. Sanchez. | 0.60 | $225.00 | $135.00 |
| MA | 01/11/2022 | Review Rodriguez's previously collected google maps data, continue searching Google Maps data for six additional workweeks between 2016- 2020, in order to draft damages. | 3.10 | $225.00 | $697.50 |
| GC | 01/12/2022 | Analyze all documents defendants produced. | 1.10 | $500.00 | $550.00 |
| GC | 01/12/2022 | Review defendants' document requests and interrogatories. | 0.20 | $500.00 | $100.00 |
| GC | 01/12/2022 | Review of each and every discovery response and objection, including comparison of response to documents produced, in preparation for drafting of settlement position statement and call with defense counsel re: potential | 0.60 | $500.00 | $300.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | settlement and discovery deficiencies. | | | |
| GC | 01/12/2022 | Review documents produced and discovery requests (including responses to them) with Morocho and Albert. | 0.70 | $500.00 | $350.00 |
| GC | 01/12/2022 | Review of plaintiffs' production and some of document requests from defendants with Rodriguez and Albert (Cuadra present for only part of telephone conference, rest was Albert and Rodriguez only). | 0.40 | $500.00 | $200.00 |
| MA | 01/12/2022 | Call with Ramiro Morocho to review the defendants' production, specifically reviewing documents regarding hours worked, days worked, wages, wage notices and employment offer letters, review Def.'s interrogatories. | 0.60 | $225.00 | $135.00 |
| GC | 01/12/2022 | Email defense counsel re: call tomorrow at 10:30 a.m. to discuss potential settlement and discovery. | 0.10 | $500.00 | $50.00 |
| GC | 01/12/2022 | Draft first complete version of settlement position statement. | 5.20 | $500.00 | $2,600.00 |
| MA | 01/12/2022 | Call with Edgar Rodriguez to review the defendants' production, specifically reviewing documents regarding hours worked, | 1.10 | $225.00 | $247.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | days worked, wages, wage notices and employment offer letters, review Def.'s interrogatories, and his Google Maps Data. | | | |
| GC | 01/12/2022 | Revise and send to defense counsel damages calculations, attached to email explaining them and initial settlement demand. | 0.50 | $500.00 | $250.00 |
| GC | 01/12/2022 | Finalize production of documents (pages 46 through 167) of Plaintiffs' latest production and serve them on defense counsel. | 0.30 | $500.00 | $150.00 |
| GC | 01/12/2022 | Initial re-read and revision of draft settlement position statement. | 0.20 | $500.00 | $100.00 |
| MA | 01/12/2022 | Call with Fabio Salazar to review the defendants' production, specifically reviewing documents regarding hours worked, days worked, wages, wage notices and employment offer letters, review Def.'s interrogatories. | 0.40 | $225.00 | $90.00 |
| MA | 01/12/2022 | Begin drafting R&O's to defendants document requests, send to Cuadra for review. | 3.50 | $225.00 | $787.50 |
| MA | 01/12/2022 | Draft explanatory email for damages calculations and send to Cuadra for review. | 0.40 | $225.00 | $90.00 |
| GC | 01/13/2022 | Call with Turck, defense | 0.80 | $500.00 | $400.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | counsel, and Albert re: all facts in dispute, evidence produced, potential discovery dispute, defendants' first settlement offer, different views on case, and potential settlement procedure at conference. | | | |
| GC | 01/13/2022 | Review missing documents from defendants' production, as well as notes on documents produced, in preparation for call with defense counsel and Albert about potential resolution and discovery disputes. | 0.30 | $500.00 | $150.00 |
| MA | 01/13/2022 | Call with Turck, defense counsel, and Cuadra re: all facts in dispute, evidence produced, potential discovery dispute, defendants' first settlement offer, different views on case, and potential settlement procedure at conference. | 0.80 | $225.00 | $180.00 |
| GC | 01/13/2022 | Call with defense counsel re: whether mediation statements are for class or just 3 employees, confirmed just for 3 employees for settlement purposes only. | 0.10 | $500.00 | $50.00 |
| GC | 01/13/2022 | Review and revise settlement position statement. | 1.40 | $500.00 | $700.00 |
| LP | 01/13/2022 | Review and revise | 0.90 | $600.00 | $540.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | settlement position statement and send notes to Cuadra. | | | |
| MA | 01/13/2022 | Proofread and edit position statement for mediation, send to Cuadra for review. | 0.40 | $225.00 | $90.00 |
| GC | 01/13/2022 | Finalize and submit settlement position statement, with all of its exhibits, to Court. | 2.10 | $500.00 | $1,050.00 |
| GC | 01/13/2022 | Finalize and submit plaintiffs' settlement conference acknowledgment form to Judge Moses's chambers. | 0.10 | $500.00 | $50.00 |
| GC | 01/14/2022 | Review and revise draft responses and objections to defendants' document requests, then send them to defense counsel. | 0.80 | $500.00 | $400.00 |
| GC | 01/14/2022 | Review defendants' interrogatories to plaintiffs in connection with emailing Albert about how to draft interrogatory responses and objections, how Local Rule 33.3 applies in this case (with examples of interrogatories asking for information beyond the scope of the rule), and information that should be in responses and objections. | 0.30 | $500.00 | $150.00 |
| GC | 01/19/2022 | Review and revise plaintiffs' responses and objections to defendants' first set of interrogatories. | 1.00 | $500.00 | $500.00 |

| GC | 01/19/2022 | Review settlement position statement in preparation for settlement conference tomorrow. | 0.40 | $500.00 | $200.00 |
|----|-----------|------|------|---------|---------|
| MA | 01/20/2022 | Call Salazar to confirm attendance at settlement conference. No answer, leave voicemail and send message re same on whatsapp. | 0.10 | $225.00 | $22.50 |
| GC | 01/20/2022 | Final review of position statement and damages calculations in preparation for settlement conference. | 0.20 | $500.00 | $100.00 |
| GC | 01/20/2022 | Review Plaintiffs' responses and objections to defendants' first set of interrogatories in preparation for review of the same with Rodriguez and Morocho. | 0.10 | $500.00 | $50.00 |
| GC | 01/20/2022 | Review all facts of case and settlement with clients. | 0.40 | $500.00 | $200.00 |
| GC | 01/20/2022 | Review interrogatory responses with clients. | 0.20 | $500.00 | $100.00 |
| GC | 01/20/2022 | Attend and participate at settlement conference, at which Judge Moses issued a settlement proposal. | 3.50 | $500.00 | $1,750.00 |
| GC | 01/20/2022 | Discuss proposed resolution terms, including settlement payments to each client and to attorneys, with Morocho, Rodriguez, and Albert. | 0.20 | $500.00 | $100.00 |
| MA | 01/20/2022 | Attend and translate for | 3.50 | $225.00 | $787.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | clients during the settlement conference with Judge Moses. | | | |
| MA | 01/20/2022 | Review proposed settlement terms, including settlement payments to each client and to attorneys, with Morocho, Rodriguez, and Cuadra. | 0.20 | $225.00 | $45.00 |
| MA | 01/21/2022 | Call Salazar to discuss settlement conference, no answer leave voicemail and send whatsapp message re same. | 0.10 | $225.00 | $22.50 |
| GC | 01/21/2022 | Discussion with Albert re: upcoming call with Salazar about settlement conference and judge's proposal. | 0.10 | $500.00 | $50.00 |
| MA | 01/21/2022 | Call with Fabio Salazar re judge's recommendation for settlement conference and discussed response, Salazar accepts offer. | 0.10 | $225.00 | $22.50 |
| GC | 01/21/2022 | Email and call Judge Moses's chambers re: Plaintiffs accept settlement recommendation. | 0.10 | $500.00 | $50.00 |
| GC | 01/21/2022 | Call with Judge Moses's clerk and defense counsel re: resolution accepted by parties and case can be settled, will get order on Monday. | 0.10 | $500.00 | $50.00 |
| GC | 01/25/2022 | Draft and send consent to jurisdiction form to defense counsel. | 0.10 | $500.00 | $50.00 |

| MA | 02/04/2022 | Draft settlement agreement and send to Cuadra for review. | 1.90 | $225.00 | $427.50 |
| MA | 02/04/2022 | Begin drafting fairness letter. | 2.60 | $225.00 | $585.00 |
| MA | 02/07/2022 | Continue drafting fairness letter, send to Cuadra for review. | 0.30 | $225.00 | $67.50 |
| GC | 02/07/2022 | Review and revise Cheeks fairness letter and send it back to Albert for review. | 2.20 | $500.00 | $1,100.00 |
| GC | 02/15/2022 | Email defense counsel re: should be 7 days for default notice, with explanation of why that should be the case in the agreement. | 0.10 | $500.00 | $50.00 |
| GC | 02/17/2022 | Revise settlement agreement and send it back to defense counsel with explanation of revisions. | 0.20 | $500.00 | $100.00 |
| MA | 02/22/2022 | Send message to clients on whatsapp scheduling zoom in order to review settlement agreement. | 0.10 | $225.00 | $22.50 |
| GC | 02/23/2022 | Review and revise Cheeks fairness letter and send it to defense counsel for review. | 0.20 | $500.00 | $100.00 |
| MA | 02/23/2022 | Call Salazar to schedule time to review settlement agreement, send Morocho and Rodriguez message re same. | 0.10 | $225.00 | $22.50 |
| GC | 02/23/2022 | Review time records for case | 0.50 | $500.00 | $250.00 |

| | | in preparation for finalizing Cheeks fairness letter. | | | |
|---|---|---|---|---|---|
| MA | 02/23/2022 | Review settlement agreement with Rodriguez, Morocho, and Salazar. | 0.30 | $225.00 | $67.50 |
| MA | 02/23/2022 | Prepare and send settlement agreement for signature to Rodriguez, Morocho and Salazar. | 0.10 | $225.00 | $22.50 |
| MA | 02/23/2022 | Call with Rodriguez and Morocho to discussing completion of W9. | 0.10 | $225.00 | $22.50 |
| MA | 02/23/2022 | Prepare and send W9 form for completion to Rodriguez and Morocho. | 0.10 | $225.00 | $22.50 |
| GC | 02/23/2022 | Finalize Cheeks letter and its exhibits (including agreement) for filing with Court. | 0.20 | $500.00 | $100.00 |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/11/2021 | Filing fee in Southern District of New York. | 1.00 | $402.00 | $402.00 |
| Expense | 04/13/2021 | Service of process on defendants using PM Legal (process server, invoice number 10303978). | 1.00 | $156.00 | $156.00 |

|  |  | **Total** | **$33,250.50** |
|---|---|---|---|

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 177 | 02/23/2022 | $33,250.50 | $0.00 | $33,250.50 |

|  |  |
|---|---|
| **Outstanding Balance** | **$33,250.50** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$33,250.50** |